# Janice Goodman
## Attorney at Law

273 SEVENTH AVENUE  
SUITE 2300  
NEW YORK, NEW YORK 10001

TEL 212 869 1940  
FAX 212 419 1510  
EMAIL jg@janicegoodmanlaw.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 6/25/07

June 20, 2007

**By Fax (212) 805-7941**  
Honorable Loretta A. Preska  
United States Courthouse  
500 Pearl Street, Room 1320  
New York, NY 10007

    Re: Grauer v UBS, et al  
        07-CV-5450 (LAP)

Dear Judge Preska:

    I represent the Plaintiff in the above noted action. In filing the Complaint, which is based on diversity, I mistakenly inserted the home addresses of the individually named Defendants, Thomas Reichert and Barry Connell. I apologize to the Court for my error.

    I have amended the Complaint to delete the personal information regarding all of the parties, including Plaintiff, to conform with the Electronic Filing Rules. Counsel for the Defendants has requested, and I concur fully in the request, that the original Complaint be removed from the docket. I have been informed by the Clerk's Office that removal of that document cannot occur without an order from you. On behalf of the parties, I respectfully request that you order either the removal of the original complaint or the sealing of that record. I appreciate your consideration of this matter.

                                                                     Respectfully submitted,

                                                                     Janice Goodman (JG 0487)

JG:kfm

cc: Doug Wigdor, Esq.

---

*Handwritten order by Judge:* I order that the complaint (Doc #1) be removed from the docket and the revised version of the complaint substituted in its place. Ms. Goodman is directed to supply the Clerk's Office the revised complaint forthwith. SO ORDERED. /s/ [Judge] USDJ 6-22-07