# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

MICHAEL GRAUER,

    Plaintiff,

V.

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, AND BARRY CONNELL

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

07 CV 5450

TO: (Name and address of defendant)

UBS FINANCIAL SERVICES, INC.
1285 Avenue of the Americas
New York, New York 10019-6031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Janice Goodman, Esq.
275 Seventh Avenue, Suite 2300
New York, NY 10001
(212) 869-1940

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 0 8 2007

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/20/07 |
| NAME OF SERVER (PRINT) Steven C. Avery | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Donna Christie - F/Wh/Blonde/35/5'5"/140lbs, who is authorized to accept papers on behalf of Secretary of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/18/07
               Date

Signature of Server  Steven C. Avery

Address of Server  93 West Sand Lake Road
Wynantskill, NY 12198

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of New York - Department of State
Receipt for Service

Receipt #: 200706180412  
Date of Service: 06/18/2007  
Service Company: 85 AAA/ALBANY ATTORNEY SERVICES

Cash #: 200706180344  
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: UBS FINANCIAL SERVICES INC.

Plaintiff/Petitioner:
    GRAUER, MICHAEL

Service of Process Address:
UBS FINANCIAL SERVICES INC.
800 HARBOR BLVD
WEEHAWKEN, NJ 07086

JANICE GOODMAN, ESQ

Secretary of State
By DONNA CHRISTIE