# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MICHAEL GRAUER,

Plaintiff,

JUDGE PRESKA

V.

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, AND BARRY CONNELL

Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 5450**

TO: (Name and address of defendant)

Thomas Reichert
54 Gristmill Lane
Upper Saddle River, NJ 07458

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Janice Goodman, Esq.
275 Seventh Avenue, Suite 2300
New York, NY 10001
(212)869-1940

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 8 2007

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 19, 2007 |
| NAME OF SERVER (PRINT) Dan Knight | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: UBS Financial Services
M, W, Black/Gray, 54, 6'1, 210   1 Blue Hill Plaza  Pearl River, NY 10965

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 18, 2007
          Date

Signature of Server  Dan Knight

686 Rt. 284 P.O. Box 67
Address of Server  Westtown, NY 10998

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.