UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL GRAUER,

      Plaintiff,

v.

UBS FINANCIAL SERVICES INC,
THOMAS REICHERT and BARRY CONNELL,

      Defendants.

------------------------------------------------------------X

07 CV 5450 (LAP)

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07

LORETTA A. PRESKA, United States District Judge:

  The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents UBS Financial Services and/or its affiliates.

SO ORDERED:

Dated: New York, New York
   July 12, 2007

               _/s/ Loretta A. Preska_
               LORETTA A. PRESKA, U.S.D.J.

CGRUBS