UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,

                          Plaintiff,

    -against-                         Case No. 07-CV-5450 (LAP)

UBS FINANCIAL SERVICES, INC.,         **NOTICE OF**
THOMAS REICHERT, and BARRY CONNELL,  **APPEARANCE**

                        Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record for Defendants UBS Financial Services Inc., Thomas Reichert and Barry Connell in the above-captioned matter.

Dated: August 16, 2007
       New York, New York

                                    Respectfully submitted,

                                    By: _____/s/ **Andrew S. Goodstadt**_____
                                       Andrew S. Goodstadt (AG-2760)

                                  Thompson Wigdor & Gilly LLP
                                  350 Fifth Avenue, Suite 5720
                                  New York, New York 10118
                                  Telephone:  (212) 239-9292
                                  Facsimile:   (212) 239-9001

                                  COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served this 16th day of August 2007, via the District Court's ECF electronic filing system and overnight delivery upon the following counsel for Plaintiff:

Janice Goodman, Esq.
Law Offices of Janice Goodman
275 Seventh Avenue, Suite 2300
New York, New York 10001

                                            /s/ **Andrew S. Goodstadt**
                                            Andrew S. Goodstadt