UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER                                         :
                                                       :
                              Plaintiff,               :
                                                       :
        - against -                                    :       07 Civ. 5450 (LAP)
                                                       :
                                                       :
UBS FINANCIAL SERVICES, INC.,                          :
THOMAS REICHERT, and BARRY CONNELL                     :
                                                       :
                              Defendants.              :
------------------------------------------------------------X

## DEFENDANT UBS FINANCIAL SERVICES INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant UBS Financial Services Inc. ("UBSFS") by its attorneys, Thompson Wigdor & Gilly LLP, hereby identifies the following corporate interests pursuant to Fed. R. Civ. P. 7.1:

1. UBSFS is a wholly-owned subsidiary of UBS Americas Inc. and states further that UBS Americas Inc. owns 100% of its stock. UBSFS has no subsidiaries and no publicly held corporation owns 10% or more of its stock.

2. Shares of UBSFS are not publicly traded.

3. UBS Americas Inc. – the parent company of UBSFS – is a wholly owned subsidiary of UBS AG. UBS AG is a publicly held affiliate that is traded on the New York Stock Exchange, SWX Swiss Stock Exchange, and the Tokyo Stock Exchange.

Dated: August 16, 2007
      New York, New York

                                        Respectfully submitted,

                                        THOMPSON WIGDOR & GILLY LLP

                         By:    **/s/ Douglas H. Wigdor**
                                      Douglas H. Wigdor (DW 9737)
                                      Andrew S. Goodstadt (AG-2760)

                                      350 Fifth Avenue, Suite 5720
                                      New York, New York  10118
                                      Telephone:    (212) 239-9292
                                      Facsimile:    (212) 239-9001


                                      Counsel for Defendant
                                      UBS FINANCIAL SERVICES INC.

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant UBS Financial Service Inc.'s Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was served this 16th day of August 2007, via the District Court's ECF electronic filing system and overnight delivery upon the following counsel for Plaintiff:

> Janice Goodman, Esq.
> Law Offices of Janice Goodman
> 275 Seventh Avenue, Suite 2300
> New York, New York 10001

                                            **/s/ Andrew S. Goodstadt**
                                              Andrew S. Goodstadt