# Janice Goodman
## Attorney at Law

275 SEVENTH AVENUE
SUITE 2300
NEW YORK, NEW YORK 10001

TEL 212 869 1940
FAX 212 419 1511
E-MAIL jg@janicegoodmanlaw.com

November 28, 2007

**By Fax (212) 805-7941**

Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

Re: Grauer v UBSFS, et al
    07-CV-5450 (LAP/DCF)

Dear Judge Preska:

I have just received a copy of your order of this morning in which you denied Plaintiff's Motion to quash the subpoena served upon Verizon. It was my understanding that although you denied total protection, you did place a time limit at December 31, 2006. That is not reflected in the final Order. Plaintiff respectfully requests that the Order be amended to include that limitation.

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 29, 2007

Respectfully submitted,

Janice Goodman
Attorney for Plaintiff

/JG

cc: Douglas Wigdor, Esq. (Via Facsimile)