UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/07

------------------------------x
MICHAEL GRAUER,                  :
                                 :
              Plaintiff,         :     07 Civ. 5450 (LAP)
                                 :
      -against-                  :     ORDER
                                 :
JBS FINANCIAL SERVICES, INC.,    :
THOMAS REICHERT, and BARRY       :
CONNELL,                         :
                                 :
              Defendants.        :
------------------------------x

LORETTA A. PRESKA, U.S.D.J.

          Before the Court is an application by Defendant

Barry Connell to move to quash Plaintiff's subpoena duces

tecum issued to Cellco Partnership d/b/a Verizon Wireless

demanding Mr. Connell's personal cellular phone records on

or before January 6, 2008.

          The Court, on its own motion, stays the subpoena

until January 25, 2008, so that the Court can receive a

response from Plaintiff to the potential motion to quash.

SO ORDERED:

Dated: December 21, 2007
       New York, New York


LORETTA A. PRESKA, U.S.D.J.