01/10/2008  18:19  12124191510              LCN                                    PAGE  02/02

## Janice Goodman
### Attorney at Law

275 SEVENTH AVENUE                          TEL 212 869 1940
SUITE 2300                                  FAX 212 419 1510
NEW YORK, NEW YORK 10001                    E-MAIL jg@janicegoodmanlaw.com

January 10, 2008

**VIA FAX (212-805-4258)**
Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 631
New York, N.Y. 10007

Re: Grauer v UBSFS et al.
   07 CV 5450

Dear Judge Freeman:

    I represent Plaintiff in the above referenced matter and write following up the parties' telephone conference with Your Honor regarding scheduling of a deposition. In response to Plaintiff's Notice of Deposition of a Rule 30(b)(6) witness(es), Defendants have agreed to produce two responsive witnesses on Thursday, February 7, 2008, at my offices starting at 9:30 a.m. We request that you so order this schedule as agreed upon by the parties.

                          Respectfully submitted,

                          Janice Goodman (0487)

/ss

cc: Douglas H. Wigdor, Esq. (by fax and e-mail)
    Andrew Goodstadt (by e-mail)
    Jihee Suh (by e-mail)
    Michael Grauer

**SO ORDERED:**  **DATE:** 1/11/08

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**