**ENDORSEMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Grauer v. UBS Financial Services, Inc., et al. – (07 CV 5450 (LAP))

Having reviewed Ms. Goodman's letter of March 3 and Mr. Wigdor's letter of March 6, counsel shall inform the Court by letter promptly whether:

1. W-2s for Messrs. Connell and Reichert for the years 2004 to and including 2007 have been produced;

2. Messrs. Connell and Reichert have responded under oath to the question of whether or not they received deferred compensation for those years and have produced documents related to deferred compensation plans applicable to them during those years and deferred compensation amounts allocated to or received by them during those years;

3. Plaintiff's deposition has been completed; and

4. Defendants have proffered deposition dates for the remaining witnesses designated by Plaintiff.

In addition, Defendants shall produce a calculation of economic damages pursuant to Rule 26(a)(1) no later than ten days after the completion of Plaintiff's deposition or ten days after docketing of this endorsement if Plaintiff's deposition has been concluded, whichever is later.

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Dated: March 17, 2008

Grauerend317