UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                 :
                                                :
                    Plaintiff,                  :
                                                :
         - against -                            :          07 Civ. 5450 (LAP) (DCF)
                                                :
                                                :
UBS FINANCIAL SERVICES INC.,                    :
THOMAS REICHERT, and BARRY CONNELL,             :
                                                :
                    Defendants.                 :
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                    :
THOMAS REICHERT, and BARRY CONNELL,             :
                                                :
                    Counterclaim Plaintiffs,    :
                                                :
         - against -                            :
                                                :
                                                :
MICHAEL GRAUER,                                 :
                                                :
                    Counterclaim Defendant.     :
------------------------------------------------------------X

**AFFIRMATION OF DOUGLAS H. WIGDOR IN SUPPORT OF DEFENDANTS'
MOTION TO QUASH SUBPOENAS**

Douglas H. Wigdor, affirms under the penalties of perjury as follows:

1. I am a member of the bar of this Court and of the law firm Thompson Wigdor & Gilly LLP, attorneys for Defendants/Counterclaim Plaintiffs UBS Financial Services, Inc., ("UBSFS"), Thomas Reichert and Barry Connell (hereinafter, collectively the "Defendants").

2. I submit this affirmation in support of Defendants' Motion to Quash Plaintiff's Subpoenas issued to UBSFS' clients Eugene Chernick (deceased), Scott Chernick, Ellen

1

Lawrence, Louis Magrino and Peter Margonelli (hereinafter, collectively "UBSFS' clients").

3. A true and correct copy of Plaintiff's Subpoena issued to Eugene Chernick (deceased) is attached hereto as Exhibit A.

4. A true and correct copy of Plaintiff's Subpoena issued to Scott Chernick is attached hereto as Exhibit B.

5. A true and correct copy of Plaintiff's Subpoena issued to Ellen Lawrence is attached hereto as Exhibit C.

6. A true and correct copy of Plaintiff's Subpoena issued to Louis Magrino is attached hereto as Exhibit D.

7. A true and correct copy of Plaintiff's Subpoena issued to Peter Margonelli is attached hereto as Exhibit E.

8. A true and correct copy of email correspondence from Andrew S. Goodstadt to Janice Goodman dated January 11, 2008, is attached hereto as Exhibit F.

9. A true and correct copy of Honorable Loretta A. Preska's Order dated January 17, 2008, is attached hereto as Exhibit G.

10. A true and correct copy of Honorable Loretta A. Preska's Order dated January 25, 2008, is attached hereto as Exhibit H.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2008
      New York, New York

_____
Douglas H. Wigdor