# EXHIBIT F

3/27/2008

| | |
|---|---|
| From: | Andrew Goodstadt |
| To: | Douglas Wigdor; Jihee Suh; 'Janice Goodman' |
| Sent: | 1/11/2008   6:44PM |
| Subject: | RE: Notice of Depos & Subpoenas |

Janice,

We are in receipt of your proposed subpoenas to be served on UBSFS' clients for their depositions and documents, including, but not limited to, private and confidential information. We request that you withdraw these subpoenas, as they are harassing, vexatious, and can only be calculated to further disrupt UBSFS' and Barry Connell's business. In the event you do not agree to withdraw these subpoenas voluntarily, we intend to move to quash on Monday and seek all available remedies.

Regards,

Andrew S. Goodstadt

Thompson Wigdor & Gilly LLP

Empire State Building

350 Fifth Avenue - Suite 5720

New York, New York 10118

NY Office 212.239.9292

LI Office 631.385.0101

Fax 212.239.9001

www.twglawyers.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or

Attorney Work Product. If you are not the addressee indicated in this message or its intended

recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or

forward this message to anyone and, in such case, please immediately destroy or delete this

message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

———

From: Kay McSween [mailto:km@janicegoodmanlaw.com]
Sent: Friday, January 11, 2008 5:40 PM
To: Douglas Wigdor; Andrew Goodstadt; Jihee Suh
Cc: jg@janicegoodmanlaw.com
Subject: Notice of Depos & Subpoenas

Please see attached letter from Janice Goodman with attachments.

Kay F. McSween

Law Offices of Janice Goodman

275 Seventh Avenue, Suite 2300

New York, NY  10001

Tel:  212-869-1940

E-mail:  km@janicegoodmanlaw.com