## CERTIFICATE OF SERVICE

A copy of Defendants' Notice of Motion to quash subpoenas, Affirmation of Douglas H. Wigdor with attached exhibits and Memorandum of Law was served by ECF and electronic mail this 31st day of March 2008 upon Plaintiff's counsel as follows:

>Janice Goodman, Esq.
>Law Offices of Janice Goodman
>275 Seventh Avenue, Suite 2300
>New York, New York 10001

>___/s/ Douglas H. Wigdor_____
>By: Douglas H. Wigdor