UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MICHAEL GRAUER,

        Plaintiff,

    -against-                                      AFFIDAVIT OF SERVICE

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, and BARRY CONNELL,       07-CV-5450 (LAP)

        Defendants.
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

        **KAY F. MCSWEEN**, being duly sworn, says:

I am not a party to the action, I am over 18 years of age and reside in Brooklyn, New York. On April 7, 2008 I served the within: By e-mail and overnight delivery to the addressee at the address indicated below:

1. Plaintiff's Cross-Motion to Enforce Subpoenas.

2. Counsel's Affirmation, together with exhibits submitted under seal pursuant to the Protective Order.

3. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Quash Subpoenas and in Support of Cross-Motion to Enforce.

4. Plaintiff's Proposed Order.

To: <u>Counsel for Defendants</u>
    Douglas Wigdor, Esq.
    Thompson, Wigdor & Gilly, LLP
    350 Fifth Avenue, Suite 5720
    New York, NY 10118

Sworn to before me this
7th day of April, 2008

_____
Notary Public

JANICE GOODMAN
Notary Public, State of New York
No. 31-6591630
Qualified in New York County
Commission Expires May 31, 2010

_____
Kay F. McSween