UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL GRAUER,

                Plaintiff,

       -against-                                         07-CV-5450 (LAP/DCF)

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, and BARRY CONNELL,

                Defendants.
------------------------------------------------------------------x

## PLAINTIFF'S NOTICE OF CROSS-MOTION
## TO ENFORCE SUBPOENAS

PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Janice Goodman, dated April 7, 2008 together with exhibits annexed thereto, all filed under seal, and the accompanying Memorandum of Law in Support of Plaintiff's Cross-Motion to Enforce Subpoenas and upon the pleadings and all prior proceedings had hereto, Plaintiff now moves this Court for an Order directing the witnesses, Scott Chernick, Ellen Lawrence, Louis Magrino and Peter Margonelli to appear and give testimony at a deposition and produce the requested documents at that time.

Dated: New York, New York
       April 7, 2008

                                                    LAW OFFICES OF JANICE GOODMAN

                                                    By: Janice Goodman (0487)
                                                    275 Seventh Avenue, Suite 2300
                                                    New York, NY 10001
                                                    212-869-1940