## Certificate of Service

A copy of the foregoing Answer to Second Amended Complaint, Amended Counterclaims and Demand for Jury Trial was served this 11th day of April, 2008, via ECF and electronic mail upon the following counsel for Plaintiff and Counterclaim Defendant Michael Grauer:

>Janice Goodman, Esq.
>Law Offices of Janice Goodman
>275 Seventh Avenue, Suite 2300
>New York, New York 10001

_____
Andrew S. Goodstadt