**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL GRAUER,                                          :
                                                         :
              Plaintiff,                          :
                                                         :
    - against -                                         :     07 Civ. 5450 (LAP) (DCF)
                                                         :
                                                         :
UBS FINANCIAL SERVICES INC.,                             :
THOMAS REICHERT, and BARRY CONNELL,                      :
                                                         :
              Defendants.                         :
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                             :
THOMAS REICHERT, and BARRY CONNELL,                      :
                                                         :
              Counterclaim Plaintiffs,            :
                                                         :
    - against -                                         :
                                                         :
                                                         :
MICHAEL GRAUER,                                          :
                                                         :
              Counterclaim Defendant.             :
------------------------------------------------------------X

**AFFIRMATION OF DOUGLAS H. WIGDOR IN FURTHER SUPPORT OF**
**DEFENDANTS' MOTION TO QUASH SUBPOENAS**

      I, Douglas H. Wigdor, a member of the bar of this Court and a partner of the law firm Thompson Wigdor & Gilly LLP, attorneys for Defendants/Counterclaim Plaintiffs UBS Financial Services, Inc., ("UBSFS"), Thomas Reichert and Barry Connell (hereinafter, collectively the "Defendants"), submit this affirmation in further support of Defendants' Motion to Quash Plaintiff's Subpoenas issued to UBSFS' clients Eugene Chernick (deceased), Scott Chernick, Ellen Lawrence, Louis Magrino and Peter Margonelli (hereinafter, collectively "UBSFS' clients").

1. A true and correct copy of pages from the deposition transcript of Michael Grauer, February 26, 2008, is attached hereto as Exhibit 1.

2. A true and correct copy of pages from the deposition transcript of Brent Cohen, taken on April 14, 2008, is attached hereto as Exhibit 2.

3. A true and correct copy of pages from the deposition transcript of Barry Connell, taken on March 4, 2008, is attached hereto as Exhibit 3.

4. A true and correct copy of the client complaint of Eugene and Elaine Chernick is attached hereto as Exhibit 4.

5. A true and correct copy of the client complaint of Scott Chernick is attached hereto as Exhibit 5.

6. A true and correct copy of the client complaint of Peter Margonelli is attached hereto as Exhibit 6.

7. A true and correct copy of the client complaint of Louis Magrino is attached hereto as Exhibit 7.

8. A true and correct copy of the client complaint of Carole Musumeci is attached hereto as Exhibit 8.

9. A true and correct copy of the Form U4 of Michael Grauer is attached hereto as Exhibit 9.

10. A true and correct copy of the Form U-4 of Thomas Reichert is attached hereto as Exhibit 10.

11. A true and correct copy of correspondence between Scott Matthews and Caroline Hall is attached hereto as Exhibit 11.

12. A true and correct copy of email correspondence between Michael Grauer and Michael Grauer, dated June 7, 2006, is attached hereto as Exhibit 13.

13. A true and correct copy of the Honorable Loretta A. Preska's Order dated January 25, 2008, is attached hereto as Exhibit 12.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2008
    New York, New York

/s/
Douglas H. Wigdor