# Exhibit 1

**This Exhibit to be Filed Under Seal**