# Exhibit 2

**This Exhibit to be Filed Under Seal**