# Exhibit 3

**This Exhibit to be Filed Under Seal**