# Exhibit 4

**This Exhibit to be Filed Under Seal**