# Exhibit 5

**This Exhibit to be Filed Under Seal**