# Exhibit 6

# This Exhibit to be Filed Under Seal