# Exhibit 7

**This Exhibit to be Filed Under Seal**