# Exhibit 8

# This Exhibit to be Filed Under Seal