# Exhibit 9

# This Exhibit to be Filed Under Seal