# Exhibit 10

Case 1:07-cv-05450-LAP-DCF    Document 40-11    Filed 04/16/2008    Page 1 of 2

# This Exhibit to be Filed Under Seal