# Exhibit 11

**This Exhibit to be Filed Under Seal**