# Exhibit 12

# This Exhibit to be Filed Under Seal