## CERTIFICATE OF SERVICE

A copy of Defendants' Reply in Further Support of its Motion to Quash Subpoenas was served this 16th day of April 2008 upon Plaintiff's counsel as follows:

Janice Goodman, Esq.
Law Offices of Janice Goodman
275 Seventh Avenue, Suite 2300
New York, New York 10001


           ___/s/ Douglas H. Wigdor_____
           By:  Douglas H. Wigdor