UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL GRAUER,

        Plaintiff,

-against-                            AFFIDAVIT OF SERVICE

UBS FINANCIAL SERVICES, INC.,        07-CV-5450 (LAP/DCF)
THOMAS REICHERT, and BARRY CONNELL,

        Defendants.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               )ss.:
COUNTY OF NEW YORK )

      **KAY F. MCSWEEN**, being duly sworn, says:

      I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York. On April 23, 2008, I served the within: Douglas Wigdor, Esq., by depositing same in a United States Postal Service mailbox to the addressee at the address indicated below:

Counsel for Defendants
Douglas H. Wigdor, Esq,
Thompson, Wigdor & Gilly, LLP
350 Fifth Avenue, Suite 5720
New York, NY 10118

                                                *Kay F. McSween*
                                               Kay F. McSween

Sworn to this 23rd Day of
April, 2008

_____
Notary Public

        JANICE GOODMAN
   Notary Public, State of New York
        No. 31-6591630
   Qualified in New York County
  Commission Expires May 31, 20__