UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHAEL GRAUER,

        Plaintiff,

    -against-                                  AFFIDAVIT OF SERVICE

UBS FINANCIAL SERVICES, INC.,               07-CV-5450 (LAP/DCF)
THOMAS REICHERT, and BARRY CONNELL,

        Defendants.
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF NEW YORK  )

        **KAY F. MCSWEEN**, being duly sworn, says:

        I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York. On April 23, 2008, I served the within: Douglas Wigdor, Esq., by depositing same in a United States Postal Service mailbox to the addressee at the address indicated below:

<u>Counsel for Defendants</u>
Douglas H. Wigdor, Esq,
Thompson, Wigdor & Gilly, LLP
350 Fifth Avenue, Suite 5720
New York, NY 10118

                                                                                 _Kay F. McSween_
                                                                                Kay F. McSween

Sworn to this 23rd Day of
April, 2008

_____
Notary Public

JANICE GOODMAN
Notary Public, State of New York
No. 31-6591630
Qualified in New York County
Commission Expires May 31, 2010