# Janice Goodman
## Attorney at Law

275 SEVENTH AVENUE
SUITE 2300
NEW YORK, NEW YORK 10001

TEL 212.869.1940
FAX 212.419.1510
E-MAIL jg@janicegoodmanlaw.com

April 22, 2008

**By Facsimile (212) 805-7941**
Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

Re: Grauer v UBSFS, et al
    07-CV-5450 (LAP/DCF)

Dear Judge Preska:

Plaintiff's response to Defendants' Supplemental Memo in support of its Motion to Quash third party subpoenas was due on April 30th. Since I will not have the various deposition transcripts in time to meet that date, Defendants have agreed that my time to respond will be extended until May 16th. I ask that the Court approve the agreement between the parties.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 22, 2008

Respectfully submitted,

Janice Goodman

JG:kfm

cc: Douglas H. Wigdor, Esq. (by e-mail)
    Andrew S. Goodstadt, Esq. (by e-mail)
    Michael Grauer