UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL GRAUER,

          Plaintiff,

   v.

UBS FINANCIAL SERVICES, INC., et al.,

          Defendants.

------------------------------------------------------------X

07 CV 5450 (LAP)

ORDER

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/29/08*

LORETTA A. PRESKA, United States District Judge:

With plaintiff's consent, the time for Counterclaim Plaintiffs to submit their damages calculations is extended to May 5, 2008.

SO ORDERED:

Dated: April 29, 2008

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA, U.S.D.J.

grauerorder429