# Janice Goodman
### Attorney at Law

275 SEVENTH AVENUE
SUITE 2300
NEW YORK, NEW YORK 10001

TEL 212.869.1940
FAX 212.419.1510
E-MAIL jg@janicegoodmanlaw.com

May 5, 2008

**By Facsimile (212) 805-7941**
Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

Re: Grauer v UBSFS, et al
    07-CV-5450 (LAP/DCF)

Dear Judge Preska:

I am in receipt of Defendants' letter regarding the *in camera* submission of testimony from the deposition of Caroline Hall which Defendants claim is protected by attorney/client privilege. I ask that I be allowed until Monday, May 12th to respond. Defendants obviously ordered expedited copies of the transcript, but the Plaintiff has ordered regular delivery and I have yet to receive a copy. In light of the sparsity of Defendants' submission, it is impossible for me to respond without reviewing the record which would show the questions I was attempting to ask and the discussion that we had on the record with you. Defendants' have consented to this adjournment.

So ordered
Loretta A Preska
USDJ
May 5, 2008

Respectfully submitted,

Janice Goodman

JG:kfm

cc: Douglas H. Wigdor, Esq. (e-mail)
    Andrew S. Goodstadt (e-mail)
    Michael Grauer