UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,

                Plaintiff,

- against -                  07 Civ. 5450 (LAP) (DCF)

UBS FINANCIAL SERVICES INC.,       **ORDER TO REMOVE**
THOMAS REICHERT, and BARRY CONNELL,     **DOCKET ENTRIES**

               Defendants.
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC,
THOMAS REICHERT, and BARRY CONNELL,

             Counterclaim Plaintiffs,

- against -

MICHAEL GRAUER,

             Counterclaim Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

    WHEREAS, the Defendants/Counterclaim Plaintiffs UBS Financial Services, Inc., ("UBSFS"), Thomas Reichert and Barry Connell (hereinafter, collectively the "Defendants"), in the above-captioned matter inadvertently electronically filed their Amended Initial Disclosures and the Certificate of Service of the same (Docket Entries 51 and 52);

    IT IS HEREBY ORDERED that:

    The Amended Initial Disclosures and Certificate of Service (Docket Entries 51 and 52) will be removed permanently from public docket.

May 7, 2008

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE