UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,

                Plaintiff,

    - against -

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

                Defendants.
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

                Counterclaim Plaintiffs,

    - against -

MICHAEL GRAUER,

                Counterclaim Defendant.
------------------------------------------------------------X

07 Civ. 5450 (LAP) (DCF)

**ORDER TO FILE EXHIBITS UNDER SEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

    WHEREAS, the Defendants/Counterclaim Plaintiffs UBS Financial Services, Inc., ("UBSFS"), Thomas Reichert and Barry Connell (hereinafter, collectively the "Defendants"), in the above-captioned matter are filing their Reply to their Motion to Quash Subpoenas ("Defendants' Motion") and;

    WHEREAS, Defendants' Reply Affirmation of Douglas H. Wigdor, Esq., with attached exhibits and Memorandum of Law, contains confidential client information in attached Exhibits 1-12 to Defendants' Reply Affirmation;

IT IS HEREBY ORDERED that:

Defendants may file Exhibits 1-12 to Defendants' Reply Affirmation under seal by delivering a true copy thereof to Records Management, room 270, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: May 7, 2008
New York, New York

_____
Loretta A. Preska
United States District Judge