UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL GRAUER,

            Plaintiff,

      -against-                                    07-CV-5450 (LAP/DCF)

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, and BARRY CONNELL,

            Defendants.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                )ss.:
COUNTY OF NEW YORK  )

**KAY F. MCSWEEN**, being duly sworn, says:

I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York. On May 13, 2008, I served the within: Plaintiff's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Quash Third Party Subpoenas and Affirmation of Janice Goodman together with Exhibits in Further Opposition to Defendants' Motion to Quash Subpoenas dated May 12, 2008 by depositing same in a United States Postal Service mailbox to the addressee at the address indicated below and by facsimile transmission.

<u>Counsel for Defendants</u>
Douglas H. Wigdor, Esq,
Thompson, Wigdor & Gilly, LLP
350 Fifth Avenue, Suite 5720
New York, NY 10118

                                                                        *Kay F. McSween*
                                                                        Kay F. McSween

Sworn to this 13th Day of
April, 2008

_____
Notary Public

JANICE GOODMAN
Notary Public, State of New York
No. 31-6591630
Qualified in New York County
Commission Expires May 31, 2010