USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL GRAUER,

            Plaintiff,

v.

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT and
BARRY CONNELL,

           Defendants.

------------------------------------------------------------X

07 CV 5450 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

    Following the Court's review of plaintiff's deposition transcript, his testimony at page 228, lines 13 through 21, indicates that he, in fact, testifies to a complaint of disparate treatment, and, accordingly, defendant's motion to quash the third party subpoenas is granted to the extent that the subpoenas seek documents or testimony <u>in addition to</u> those constituting, reflecting or relating to complaints made about Messrs. Grauer and/or Connell from January 1, 2004 to December 31, 2006.

    In addition, as the Court orally ruled during the telephone conference on May 19, plaintiff will be permitted to depose a witness on the calculation of the $217,000 damage figure attributable to Grauer's departure, and Mr. Reichert's deposition may be continued

for up to a half day provided that there are no speaking objections of material previously covered.

SO ORDERED:

Dated: May 28, 2008

                                                      LORETTA A. PRESKA, U.S.D.J.