```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MICHAEL GRAUER,  :  07 CV 5450 (LAP)

        Plaintiff,  :  <u>ORDER</u>

v.  :

UBS FINANCIAL SERVICES, INC., et al.,  :

        Defendants.  :

----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Following argument by counsel on June 17, 2008, it is hereby ordered that:

1) As previously discussed, Mr. Reichert shall appear for continued deposition of four hours and, in addition, two hours regarding the damage calculation; Mr. Connell shall appear for continued deposition for one hour on the damage calculation;

2) Defense counsel shall inform plaintiff's counsel within two days whether or not the protocol referred to in his correspondence regarding materials departing brokers customarily take with them when departing a firm is written and, if it is, to provide plaintiff's counsel with a copy thereof;

3) Plaintiff may direct a subpoena to Morgan Stanley seeking production of documents relating to the hiring of Messrs. Reichert and Connell, including compensation information; and

4) Having reviewed pages 3-15 of the sealed transcript of the deposition of Caroline Hall, inquiry into the substance of Ms. Hall's conversation with Eric

Bernstein and Judy Laudati will not be permitted upon the Court's finding that those conversations constituted Ms. Hall's seeking and Mr. Bernstein and Ms. Laudati's giving of legal advice.

SO ORDERED:

Dated: June 18, 2008

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

grauerorder618