UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
MICHAEL GRAUER,                  :
                                 :
            Plaintiff,           :   07 Civ. 5450 (LAP)
                                 :
     -against-                   :   ORDER
                                 :
UBS FINANCIAL SERVICES, INC.,    :
THOMAS REICHERT, and BARRY       :
CONNELL,                         :
                                 :
            Defendants.          :
---------------------------------x

LORETTA A. PRESKA, U.S.D.J.

   Having heard from counsel at a teleconference this morning,

   - Defendants' request to stay discovery is DENIED;

   - Defendants' request to postpone the third-party deposition of Scott Chernick is DENIED;

   - Defendant UBS is ordered to produce (1) documents regarding Mr. Reichert and Mr. Connell's departure from UBS and (2) a statement that Defendants are withdrawing any allegation that they were relying on the four customer complaints against Mr. Grauer as part of their case by 5:00 p.m. today.

SO ORDERED:

Dated: July 18, 2008
       New York, New York

                                 _____
                                 LORETTA A. PRESKA, U.S.D.J.