UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL GRAUER

                         Plaintiff,                         07 CIVIL 3512 (LAP)

      -against-
UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, AND BARRY CONNELL,
                       Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DW-9737

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:*    85 Fifth Avenue   New York, NY 10003

☐    *Telephone Number:*    (212) 257-6800

☐    *Fax Number:*    (212) 257-6845

☐    *E-Mail Address:*    dwigdor@twglaw.com

Dated: 7/23/08