UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL GRAUER

                              Plaintiff,

                 -against-

UBS FINANCIAL SERVICES, INC.,
THOMAS REICHERT, AND BARRY CONNELL
                        Defendant.
-----------------------------------------------------------------x

07 CIVIL 5450 (LAP)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☐    *Attorney*

      ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AG-2760

      ☐    I am a Pro Hac Vice attorney

      ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

      From: _____

      To: _____

      ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*   85 Fifth Avenue, New York, NY 10003

☒    *Telephone Number:*   (212) 257-6800

☒    *Fax Number:*   (212) 257-6845

☒    *E-Mail Address:*   agoodstadt@twglaw.com

Dated: 7/23/08