**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL GRAUER,

              Plaintiff,

      - against -                        07 Civ. 5450 (LAP) (DCF)

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

              Defendants.             **AFFIDAVIT OF**
------------------------------------------------------------X  **ANDREW S. GOODSTADT**
UBS FINANCIAL SERVICES INC.,                 **IN SUPPORT OF THE**
THOMAS REICHERT, and BARRY CONNELL,  **MOTION TO ADMIT**
                                                         **JULIE J. GLADNEY**
              Counterclaim Plaintiffs,       ***PRO HAC VICE***

      - against -

MICHAEL GRAUER,

             Counterclaim Defendant.
------------------------------------------------------------X

      Andrew S. Goodstadt, affirms under the penalties of perjury as follows:

      1.  I am a member of the law firm Thompson Wigdor & Gilly LLP, attorneys for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and as such, am personally familiar with the proceedings in this case.

      2.  I make this affidavit based on my personal knowledge of the facts set forth herein and in support of UBSFS' motion to admit Julie J. Gladney as counsel *pro hac vice* to represent Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in this matter.

3. I am a member in good standing of the bar of the State of New York and was admitted to practice law in May 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York and am good standing with this Court.

4. Ms. Gladney is a member of the firm Knepper & Gladney, located at 150 North Wacker Drive, Suite 3050, Chicago, Illinois 60606.

5. I believe Ms. Gladney is a skilled attorney and a person of integrity. She is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Ms. Gladney, *pro hac vice*.

7. Ms. Gladney has never been disciplined by any Bar Association and there are no disciplinary proceedings pending against her. She has never been convicted of any felony or misdemeanor criminal violation.

8. I respectfully submit a proposed order granting the admission of Ms. Gladney, *pro hac vice*, which is attached hereto as Exhibit A.

9. If admitted *pro hac vice*, Ms. Gladney shall adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the motion to admit Julie J. Gladney, *pro hac vice*, to represent Individual Defendants in the above-captioned matter, be granted.

Dated: New York, New York
August 12, 2008

        Respectfully submitted,

        THOMPSON WIGDOR & GILLY LLP

        _____
        Andrew S. Goodstadt (AG-2760)

        85 Fifth Avenue
        Fifth Floor
        New York, New York 10003
        Tel: (212) 257-6800
        Fax: (212) 257-6845

        *Counsel for Defendant and Counterclaim*
        *Plaintiff UBS Financial Services, Inc.*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GRAUER,                              :
                                             :
                        Plaintiff,           :
                                             :
        - against -                          :   07 Civ. 5450 (LAP) (DCF)
                                             :
                                             :
UBS FINANCIAL SERVICES INC.,                 :
THOMAS REICHERT, and BARRY CONNELL,          :   MOTION TO ADMIT
                                             :   JULIE J. GLADNEY
                        Defendants.          :   PRO HAC VICE
-----------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                 :
THOMAS REICHERT, and BARRY CONNELL,          :
                                             :
                Counterclaim Plaintiffs,     :
                                             :
        - against -                          :
                                             :
                                             :
MICHAEL GRAUER,                              :
                                             :
                Counterclaim Defendant.      :
-----------------------------------------------------------X
```

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew S. Goodstadt, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Julie J. Gladney
Knepper & Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
jg@kg-legal.com

to represent Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in this matter.

Ms. Gladney is a member in good standing of the Bar of the States of Illinois, the Seventh Circuit Court of Appeals, the Eastern District of Wisconsin, the Northern and Central Districts of Illinois and the Southern District of Indiana. There are no pending disciplinary proceedings against Ms. Gladney in any State or Federal Court.

Dated: New York, New York
       August 12, 2008

                        Respectfully submitted,

                        THOMPSON WIGDOR & GILLY LLP

                        _____
                        Andrew S. Goodstadt (AG-2760)

                        85 Fifth Avenue
                        Fifth Floor
                        New York, New York 10003
                        Tel: (212) 257-6800
                        Fax: (212) 257-6845

                        *Counsel for Defendant and Counterclaim Plaintiff UBS Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                    :
                                                   :
                        Plaintiff,                 :
                                                   :
            - against -                            :        07 Civ. 5450 (LAP) (DCF)
                                                   :
                                                   :
UBS FINANCIAL SERVICES INC.,                       :
THOMAS REICHERT, and BARRY CONNELL,                :
                                                   :        **ORDER FOR**
                        Defendants.                :        **ADMISSION ON**
------------------------------------------------------------X        **WRITTEN *PRO HAC***
UBS FINANCIAL SERVICES INC.,                       :        ***VICE* MOTION**
THOMAS REICHERT, and BARRY CONNELL,                :        **TO ADMIT**
                                                   :        **JULIE J. GLADNEY**
                        Counterclaim Plaintiffs,   :
                                                   :
            - against -                            :
                                                   :
                                                   :
MICHAEL GRAUER,                                    :
                                                   :
                        Counterclaim Defendant.    :
------------------------------------------------------------X

Upon the motion of Andrew S. Goodstadt, attorney for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and Mr. Goodstadt's affidavit in support;

**IT IS HEREBY ORDERED** that

Julie J. Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
jg@kg-legal.com

is admitted to practice *pro hac vice* as counsel for Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       August __, 2008


_____
United States District/Magistrate Judge



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Jill Gladney
Knepper & Gladney
P.O. Box 262
Georgetown, IL 61846

Chicago
Thursday, July 17, 2008

In re: Jill Janette Gladney
Admitted: 11/7/1991
Attorney No. 6206974

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: T.W. Peters
Thomas W. Peters
Registrar

TWP:ao

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                  :
                                                 :
                          Plaintiff,             :
                                                 :
            - against -                          :         07 Civ. 5450 (LAP) (DCF)
                                                 :
                                                 :
UBS FINANCIAL SERVICES INC.,                     :
THOMAS REICHERT, and BARRY CONNELL,              :
                                                 :         **AFFIDAVIT OF SERVICE**
                          Defendants.            :
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                     :
THOMAS REICHERT, and BARRY CONNELL,              :
                                                 :
                                                 :
                   Counterclaim Plaintiffs,      :
                                                 :
            - against -                          :
                                                 :
                                                 :
MICHAEL GRAUER,                                  :
                                                 :
                   Counterclaim Defendant.       :
------------------------------------------------------------X

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

Patrick J. Scanlan, being duly sworn, deposes and says:

1. I am not a party to the action

2. I am over 18 years of age.

3. On August 12, 2008 I served the Affirmation of Andrew S. Goodstadt in Support of the Motion to Admit Julie J. Gladney *Pro Hac Vice,* the Motion to Admit Julie J. Gladney *Pro Hac Vice*, and the Order for Admission on Written *Pro Hac Vice* Motion to Admit Julie J. Glaney on Janice Goodman, 275 Seventh Avenue, Suite 2300 New York, NY 10001 by delivering a true copy of the same by hand delivery and electronic mail.

Sworn to before me this
12th of August, 2008

_____
Notary Public

_____
Patrick J. Scanlan

JAMES IRVIN JR.
Notary Public, State of New York
No. 01IR6140071
Qualified in New York County
Commission Expires Jan. 17, 2010