UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,

                Plaintiff,

       - against -                                   07 Civ. 5450 (LAP) (DCF)

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,        **MOTION TO ADMIT**
                Defendants.                   **THOMAS M. KNEPPER**
------------------------------------------------------------X  ***PRO HAC VICE***
UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

                Counterclaim Plaintiffs,

       - against -

MICHAEL GRAUER,

                Counterclaim Defendant.
------------------------------------------------------------X

      **PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew S. Goodstadt, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Thomas M. Knepper
Knepper & Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
tk@kg-legal.com

to represent Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in this matter.

Mr. Knepper is a member in good standing of the Bar of the State of Illinois, the Seventh, Eighth, Tenth and Eleventh Circuit Court of Appeals, the Eastern District of Wisconsin, the Northern and Central Districts of Illinois, the Southern District of Indiana, the Northern District of Texas, the Central District of Florida, the District of Iowa, the District of Colorado and the District of Nebraska. There are no pending disciplinary proceedings against Mr. Knepper in any State or Federal Court.

Dated: New York, New York
       August 12, 2008

                          Respectfully submitted,

                          THOMPSON WIGDOR & GILLY LLP

                          Andrew S. Goodstadt (AG-2760)

                          85 Fifth Avenue
                          Fifth Floor
                          New York, New York 10003
                          Tel: (212) 257-6800
                          Fax: (212) 257-6845

                          *Counsel for Defendant and Counterclaim Plaintiff UBS Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GRAUER,

               Plaintiff,

     - against -                                07 Civ. 5450 (LAP) (DCF)


UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

               Defendants.               **AFFIDAVIT OF**
-----------------------------------------------------------X      **ANDREW S. GOODSTADT**
UBS FINANCIAL SERVICES INC.,                     **IN SUPPORT OF THE**
THOMAS REICHERT, and BARRY CONNELL,   **MOTION TO ADMIT**
                                                         **THOMAS M. KNEPPER**
               Counterclaim Plaintiffs,             ***PRO HAC VICE***

     - against -


MICHAEL GRAUER,

               Counterclaim Defendant.
-----------------------------------------------------------X

    Andrew S. Goodstadt, affirms under the penalties of perjury as follows:

    1. I am a member of the law firm Thompson Wigdor & Gilly LLP, attorneys for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and as such, am personally familiar with the proceedings in this case.

    2. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of UBSFS' motion to admit Thomas M. Knepper as counsel *pro hac vice* to represent Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in this matter.

3. I am a member in good standing of the bar of the State of New York and was admitted to practice law in May 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York and am good standing with this Court.

4. Mr. Knepper is a member of the firm Knepper & Gladney, located at 150 North Wacker Drive, Suite 3050, Chicago, Illinois 60606.

5. I believe Mr. Knepper is a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Mr. Knepper, *pro hac vice*.

7. Mr. Knepper has never been disciplined by any Bar Association and there are no disciplinary proceedings pending against him. He has never been convicted of any felony or misdemeanor criminal violation.

8. I respectfully submit a proposed order granting the admission of Ms. Gladney, *pro hac vice*, which is attached hereto as Exhibit A.

9. If admitted *pro hac vice*, Mr. Knepper shall adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the motion to admit Thomas M. Knepper *pro hac vice*, to represent Individual Defendants in the above-captioned matter, be granted.

Dated: New York, New York
       August 12, 2008

                                          Respectfully submitted,

                                          THOMPSON WIGDOR & GILLY LLP

                                          _____
                                          Andrew S. Goodstadt (AG-2760)

                                          85 Fifth Avenue
                                          Fifth Floor
                                          New York, New York 10003
                                          Tel: (212) 257-6800
                                          Fax: (212) 257-6845

                                          *Counsel for Defendant and Counterclaim*
                                          *Plaintiff UBS Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                           :
                                                          :
                          Plaintiff,                      :
                                                          :
         - against -                                      :     07 Civ. 5450 (LAP) (DCF)
                                                          :
                                                          :
UBS FINANCIAL SERVICES INC.,                              :
THOMAS REICHERT, and BARRY CONNELL,                       :
                                                          :     **ORDER FOR**
                          Defendants.                     :     **ADMISSION ON**
------------------------------------------------------------X   **WRITTEN *PRO HAC***
UBS FINANCIAL SERVICES INC.,                              :     ***VICE* MOTION**
THOMAS REICHERT, and BARRY CONNELL,                       :     **TO ADMIT**
                                                          :     **THOMAS M. KNEPPER**
                          Counterclaim Plaintiffs,        :
                                                          :
         - against -                                      :
                                                          :
                                                          :
MICHAEL GRAUER,                                           :
                                                          :
                          Counterclaim Defendant.         :
------------------------------------------------------------X

Upon the motion of Andrew S. Goodstadt, attorney for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and Mr. Goodstadt's affidavit in support;

**IT IS HEREBY ORDERED** that

Thomas M. Knepper
Knepper & Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
tk@kg-legal.com

is admitted to practice *pro hac vice* as counsel for Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       August __, 2008

_____
United States District/Magistrate Judge



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Thomas Michael Knepper
Knepper & Gladney LLP
P.O. Box 262
Georgetown, IL 61846

Chicago
Thursday, July 17, 2008

In re: Thomas Michael Knepper
Admitted: 10/27/1972
Attorney No. 1490850

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: T W. Peters  KC
Thomas W. Peters
Registrar

TWP:ao

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                          :
                                                         :
                Plaintiff,                               :
                                                         :
      - against -                                       :    07 Civ. 5450 (LAP) (DCF)
                                                         :
                                                         :
UBS FINANCIAL SERVICES INC.,                             :
THOMAS REICHERT, and BARRY CONNELL,                      :    **AFFIDAVIT OF SERVICE**
                                                         :
                Defendants.                              :
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                             :
THOMAS REICHERT, and BARRY CONNELL,                      :
                                                         :
                Counterclaim Plaintiffs,                 :
                                                         :
      - against -                                       :
                                                         :
                                                         :
MICHAEL GRAUER,                                          :
                                                         :
                Counterclaim Defendant.                  :
------------------------------------------------------------X

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

    Patrick J. Scanlan, being duly sworn, deposes and says:

    1. I am not a party to the action

    2. I am over 18 years of age.

    3. On August 12, 2008 I served the Affirmation of Andrew S. Goodstadt in Support of the Motion to Admit Thomas M. Knepper *Pro Hac Vice,* the Motion to Admit Thomas M. Knepper *Pro Hac Vice*, and the Order for Admission on Written *Pro Hac Vice* Motion to Admit Thomas M. Knepper on Janice Goodman, 275 Seventh Avenue, Suite 2300 New York, NY 10001 by delivering a true copy of the same by hand delivery and electronic mail.

Sworn to before me this
12th of August, 2008

_____
Notary Public

_____
Patrick J. Scanlan

JAMES IRVIN JR.
Notary Public, State of New York
No. 01IR6140071
Qualified in New York County
Commission Expires Jan. 17, 2010