UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,                                           :
                                                          :
                      Plaintiff,                        :
                                                          :
        - against -                                  :    07 Civ. 5450 (LAP) (DCF)
                                                          :
UBS FINANCIAL SERVICES INC.,                              :
THOMAS REICHERT, and BARRY CONNELL,                       :    **SUBSTITUTION OF COUNSEL**
                                                          :
                      Defendants.                       :
------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,                              :
THOMAS REICHERT, and BARRY CONNELL,                       :
                                                          :
                      Counterclaim Plaintiffs,          :
                                                          :
        - against -                                  :
                                                          :
MICHAEL GRAUER,                                           :
                                                          :
                      Counterclaim Defendant.           :
------------------------------------------------------------X

    **IT IS HEREBY CONSENTED TO THAT** the firm of KNEPPER & GLADNEY, located at 150 North Wacker Drive, Suite 3050, Chicago, Illinois 60606 be substituted as attorneys of record for Defendants-Counterclaim Plaintiffs Thomas Reichert and Barry Connell (collectively, "Individual Defendants") in the above-captioned action in place and instead of THOMPSON WIGDOR & GILLY LLP, located at 85 Fifth Avenue, Fifth Floor, New York, New York 10003 as of the date hereof. This substitution is consented to by Individual Defendants, Defendant Counterclaim Plaintiff UBS Financial Services, Inc. and Thompson Wigdor & Gilly LLP.

Dated: New York, New York
      August 11, 2008

KNEPPER & GLADNEY

By: _____
Thomas M. Knepper, Esq.
150 North Wacker Drive, Suite 3050
Chicago, Illinois 60606
(312) 957-1300

THOMPSON WIGDOR & GILLY LLP

By: _____
Douglas H. Wigdor, Esq. (DW-9737)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
(212) 257-6800

SO ORDERED: _____
                    U.S.D.J.

DATED: _____