UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL GRAUER,

        Plaintiff,

- against -

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

        Defendants.
---------------------------------------------------------------X
UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

        Counterclaim Plaintiffs,

- against -

MICHAEL GRAUER,

        Counterclaim Defendant.
---------------------------------------------------------------X

07 Civ. 5450 (LAP) (DCF)

**ORDER FOR ADMISSION ON WRITTEN *PRO HAC VICE* MOTION TO ADMIT JULIE J. GLADNEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Upon the motion of Andrew S. Goodstadt, attorney for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and Mr. Goodstadt's affidavit in support;

**IT IS HEREBY ORDERED** that

Julie J. Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
jg@kg-legal.com

is admitted to practice *pro hac vice* as counsel for Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       August 18, 2008

*Loretta A. Presley*
United States District/Magistrate Judge