UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GRAUER,

                 Plaintiff,

    - against -                                    07 Civ. 5450 (LAP) (DCF)

UBS FINANCIAL SERVICES INC.,
THOMAS REICHERT, and BARRY CONNELL,

                 Defendants.               **ORDER FOR**
------------------------------------------------------------X   **ADMISSION ON**
UBS FINANCIAL SERVICES INC.,                         **WRITTEN *PRO HAC***
THOMAS REICHERT, and BARRY CONNELL,        ***VICE* MOTION**
                                                                  **TO ADMIT**
               Counterclaim Plaintiffs,          **THOMAS M. KNEPPER**

    - against -

MICHAEL GRAUER,

               Counterclaim Defendant.
------------------------------------------------------------X

Upon the motion of Andrew S. Goodstadt, attorney for Defendant/Counterclaim Plaintiff UBS Financial Services, Inc. ("UBSFS"), and Mr. Goodstadt's affidavit in support;

**IT IS HEREBY ORDERED** that

Thomas M. Knepper
Knepper & Gladney
150 North Wacker Drive
Suite 3050
Chicago, Illinois 60606
(312) 957-1300 (Telephone)
(312) 957-1070 (Fax)
tk@kg-legal.com

is admitted to practice *pro hac vice* as counsel for Defendants/Counterclaim Plaintiffs Thomas Reichert and Barry Connell ("Individual Defendants") in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
August 18, 2008

_____
United States District/Magistrate Judge