USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL GRAUER,                              :     07 CV 5450 (LAP)
        Plaintiff,                              :     ORDER
    v.                                                  :
UBS FINANCIAL SERVICES, INC., et al.,  :
        Defendants.                           :
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    Having reviewed Ms. Goodman's August 18, 2008 letter and Mr. Wigdor's August 18, 2008 letter, in light of Mr. Wigdor's argument and travel schedule, and both counsel's observation of the Jewish holy days during the first two weeks of October, it is hereby ordered that fact discovery shall conclude no later than October 31, 2008. Counsel shall file any motion for summary judgment no later than November 21, 2008, and counsel shall inform the Court by letter of their proposed briefing schedule.

    The application by the firm of Knepper & Gladney to be substituted as counsel for the individual defendants will be signed upon substitute counsel's filing of an affidavit to the effect that the above schedule will be complied with.

SO ORDERED:

Dated: August 20, 2008

                                  _____
                                  LORETTA A. PRESKA, U.S.D.J.

grauerorder820