UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

MICHAEL GRAUER,
    Plaintiff, Counterclaim Defendant

against

UBS FINANCIAL SERVICES, INC,,
THOMAS REICHERT AND BARRY CONNELL,

    Defendants, Counterclaim Plaintiffs

07 Civ. 5450 (LAP) (DCF)

AFFIDAVIT OF THOMAS M. KNEPPER

I, Thomas M. Knepper, an attorney and partner in the law firm of Knepper & Gladney, being first duly sworn on oath state that I have read this Court's Order dated August 20, 2008, and that if the application of Knepper & Gladney to substitute as counsel for the individual defendants is granted, the schedule set forth in that Order (conclusion of fact discovery and filing of any motion for summary judgment) will be complied with by and on behalf of said defendants, Thomas Reichert and Barry Connell.

                                      Thomas M. Knepper

Knepper & Gladney
150 N. Wacker Drive
Suite 3050
Chicago, IL 60606
312-957-1066 (direct dial)
312-957-1070 (facsimile)

*The application to substitute is granted.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 25, 2008

Sworn and subscribed to before me this 22nd day of August, 2008.

*Linda K. Odle*
Notary Public

"OFFICIAL SEAL"
Linda K. Odle
Notary Public, State of Illinois
My Commission Exp. 10/21/2008